UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Questar Data Systems, Inc.,                        Civil No.: 06-0471 (JNE/JJG)

          Plaintiff,

v.                                                   **ORDER**

Service Management Group, Inc.,

          Defendant.

_____

Based upon the Report and Recommendation by United States Magistrate Judge Jeanne J. Graham dated May 16, 2006; all the files, records, and proceedings herein; and no objections having been filed to that Report and Recommendation;

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (Doc. No. 9) is **DENIED**.

Dated: June 14, 2006

                                                       s/ Joan N. Ericksen
                                                       JOAN N. ERICKSEN
                                                       United States District Judge